

**The Law Offices of**
**JOHN C. MANOOG III**

*Hyannis Office*
450 South Street
Hyannis, MA 02601
Phone: (508) 775-0088
Fax: (508) 775-0176

*Please direct all correspondence to the Hyannis office.*

*Plymouth Office*
4 Court Street, Suite 212
Plymouth, MA 02360
Phone: (508) 747-9888

November 10, 2021

***Via Certified Mail - Return Receipt Requested***
***Article No.:70201290000168950453***
***and Regular Mail***

Stunt Puppy, Inc.
1621 East Hennepin Avenue #150
Minneapolis, MN 55414

**RE:    Gemme v. Stunt Puppy, Inc.**
**Barnstable Superior Court – Civil Action No. 2172CV00377**

Dear Sir or Madam:

By this mailing Stunt Puppy, Inc. has been served with process by way of the Massachusetts Long Arm Statute, M.G.L. Chapter 223A, §1 *et seq.* as a defendant in the above-captioned matter.

As stated within the enclosed Summons, you are required to file an Answer to the enclosed Complaint and Jury Demand with the Barnstable Superior Court within twenty (20) days from your receipt hereof. You are also required to serve a copy of your Answer upon Paul R. Kelley, Esquire, of the Law Offices of John C. Manoog, III as attorney for the plaintiff.

Thank you for your attention to this matter.

Very truly yours,

Paul R. Kelley

Paul R. Kelley, Esquire

PRK/nmt
Enclosures

www.manooglaw.com

| Summons | CIVIL DOCKET NO. 2172CV00377 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Lynne Gemme Plaintiff(s) vs. Stunt Puppy, Inc. Defendant(s) | | Clerk of Courts Barnstable County COURT NAME & ADDRESS: Barnstable Superior Court Civil Clerk P.O. Box 425 Barnstable, MA 02630 |

THIS SUMMONS IS DIRECTED TO **Stunt Puppy, Inc.** (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Barnstable Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Barnstable Superior Court P.O. Box 425 or 3195 Main St., Barnstable, MA 02630 (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Paul R. Kelley, 450 South Street, Hyannis, MA 02601

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. _Heidi E. Brieger_ , Chief Justice on _____ , 20___ . (Seal)

Clerk-Magistrate _Scott W. Nickerson_   _Scott W. Nickerson_ (signature)

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

**N.B.   TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

rev. 7/21

COMMONWEALTH OF MASSCHUSETTS

BARNTABLE, SS                                    BARNSTABLE SUPERIOR COURT
                                                 CIVIL ACTION NO. 2172CV00377

Lynne Gemme,  )
    Plaintiff,  )
                )
v.              )
                )
Stunt Puppy, Inc.  )
    Defendant.     )

## COMPLAINT

1. The Plaintiff Lynne Gemme is a natural person with a principal residence located in West Yarmouth, Barnstable County, Massachusetts.

2. The Defendant Stunt Puppy, Inc. is a Minnesota corporation with principal offices at 1621 East Hennepin Ave, #150, Minneapolis, MN 55414.

3. The Defendant manufactures and/or distributes consumer products, to wit: dog leashes.

4. The Defendant's products are sold in retail outlets in Massachusetts. The defendant is engaged in trade or commerce in the Commonwealth of Massachusetts. Jurisdiction is proper pursuant to M.G.L. c. 233A §3.

## STATEMENT OF THE CASE

5. On or about October 25, 2018 the Plaintiff Lynne Gemme was a 61 year old grandmother who lived with her daughter and granddaughter.

6. The Plaintiff was the primary caregiver for her adult daughter, who has lupus.

7. The granddaughter owned a large long haired Belgian German Shepard known as "Luca."

8. Sometime prior to October 25, 2018 the granddaughter purchased a "waist leash" manufactured by the Defendant from Marathon Sports in Barnstable, Massachusetts.

1

9. The leash is designed so that it wraps around a person's waist, buckled, and the leash is attached to the dog's collar. It allows for hands free walking, and in particular running, with a dog.

10. The defendant markets its leash as hands free for runners.

11. On or about October 25, 2018 Luca got loose and ran out of the house. The Plaintiff grabbed the Stunt Puppy leash and went to retrieve and secure the animal.

12. The Plaintiff caught up to the Luca, and put it on the leash while securing the leash around her own waist.

13. The Plaintiff was using the leash as it was designed to be used.

14. As the Plaintiff was walking the Luca back to the house, another dog barked, and Luca took off chasing it dragging the Plaintiff along.

15. The Plaintiff was violently dragged as Luca ran. As she was dragged along the ground sustaining injury, she was unable to release the leash from her waist.

16. Once the dog stopped, emergency personnel responded to the scene and the Plaintiff was transported to the hospital where it was determined that she had sustained serious injury.

## COUNT I

### (Breach of Warranty of Merchantability)

17. Paragraphs 1-16 are hereby realleged and incorporated herein by reference.

18. The Defendant is a merchant which engages in trade or commerce.

19. The Defendant manufactured the Stunt Puppy waist leash with the knowledge that the product was to be sold at retail to a consumer.

20. The Plaintiff used the Stunt Puppy leash in a reasonable and foreseeable manner.

21. The design of the leash was defective in that it entangles and traps the user; tying them to the dog.

22. The defective design of the lease caused the Plaintiff's injuries including serious personal injury, a period of disability, substantial medical treatment, medical expenses, loss of earning capacity and pain and suffering.

## COUNT II

### (Negligence)

23. Paragraphs 1-22 are realleged and incorporated herein

24. The Stunt Puppy leash used by the Plaintiff was negligently designed, marketed and tested and thus was a defective product.

25. The Defendant knew or should have known that the product was defective.

26. The negligence of the defendant caused the Plaintiff's injuries.

27. The defective design of the lease caused the Plaintiff's injuries including serious personal injury, a period of disability, substantial medical treatment, medical expenses, loss of earning capacity and pain and suffering.

## REQUEST FOR RELIEF
## AND DAMAGES

Wherefor; the Plaintiff Lynne Gemme respectfully requests this Honorable Court to:

a) Enter judgment in favor of the Plaintiff against the Defendant.

b) Award the Plaintiff damages.

c) Award the Plaintiff interest and costs of this action.

d) Award the Plaintiff attorney fees.

e) Other such relief as the court deems just and appropriate.

3

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,
Plaintiff, Lynne Gemme,
By Her Attorneys,

/s/ John C. Manoog, III
/s/ Paul R. Kelley
John C. Manoog III BBO #567481
Paul R. Kelley  BBO #265700
The Law Offices of John C. Manoog III
450 South Street
Hyannis, MA 02601
508 775-0088
Paul Kelley(direct) 508 229-4080
Prkelley.manooglaw@gmail.com

4